**STATE of Missouri, Respondent,**

v.

**Albert EVANS, Appellant.**

**No. WD 34719.**

Missouri Court of Appeals, Western District.

Nov. 29, 1983.

James W. Fletcher, Public Defender, Gary I. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Janet E. Papageorge, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., P.J., and DIXON and CLARK, JJ.

PER CURIAM:

ORDER

Appeal from conviction for assault in the first degree, Section 565.050, RSMo 1978.

Judgment affirmed. Rule 30.25(b).